# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

January 14, 2021

**The application is GRANTED.  The initial pre-trial conference is hereby adjourned from January 21, 2021 to February 4, 2021, at 10:30 A.M.  The materials for the conference, as outlined in the Order at Dkt. No. 5, shall be filed by January 28, 2021.  The parties shall call (888) 363-4749 and use Access Code 558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed at that time.**

**SO ORDERED.        Dated: January 15, 2021        New York, New York**

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**VIA ECF**

Hon. Judge Schofield

United States District Judge

Southern District of New York

40 Foley Square

New York, NY 10007

Re:    Paguada v. Diamond Products, LLC

Case No. 1:20-cv-09767-LGS

Dear Judge Schofield,

The undersigned represents Plaintiff Josue Paguada (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference is set for January 21, 2021. An affidavit of service was filed on the docket showing Defendant was served on January 4, 2021 and their answer is due on January 25, 2021.

Accordingly, the undersigned is requesting an adjournment of the upcoming conference, to allow time for Defendant to appear or otherwise respond to the complaint.

Thank you for your time and consideration of the above request.

/s/Mars Khaimov

Mars Khaimov, Esq., **Principal**

**Mars Khaimov Law, PLLC**

