UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSUE PAGUADA,
                      Plaintiff,

                      20 Civ. 9767 (LGS)
      -against-

                      ORDER
DIAMOND PRODUCTS, LLC,
                      Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated January 15, 2021 (Dkt. No. 8), required the parties to file a proposed case management plan and joint letter by January 28, 2021;

    WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

    **ORDERED** that the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **February 1, 2021, at noon**.

Dated: January 29, 2021
       New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE