

**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

February 1, 2021

<u>VIA ECF</u>
Hon. Judge Schofield
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

      Re:    Paguada v. Diamond Products, LLC,
             Case No. 1:20-cv-09767-LGS

Dear Judge Schofield,

      The undersigned represents Plaintiff Josue Paguada (hereinafter "Plaintiff") in the above-referenced matter.

      The initial conference for this matter is set for February 4, 2021. Defendant was served on January 4, 2021 and has yet to appear. It is now February 1, 2021, and Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court and will promptly be moving the Court for a Default Judgment in accordance with its Individual Rules.

      Accordingly, the undersigned requests that the February 4th Conference be adjourned sine die, and further requests that Plaintiff be granted an additional 30 days in which to obtain the Certificate of Default and present the Court with an Order to Show Cause for default judgment.

      Thank you for your time and consideration of the above request.

The application is GRANTED.  The initial conference is hereby adjourned sine die.  By **March 1, 2021**, Plaintiff shall files his application for default judgment.

SO ORDERED.

Dated: February 1, 2021
      New York, New York

/s/Mars Khaimov
Mars Khaimov, Esq., **Principal**
**Mars Khaimov Law, PLLC**

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE