UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------    X
                                                                :
JOSUE PAGUADA,                                                  :
                                    Plaintiff,                  :
                                                                :          20 Civ. 9767 (LGS)
                    -against-                                   :
                                                                :               ORDER
DIAMOND PRODUCTS, LLC,                                          :
                                    Defendant.                  :
-----------------------------------------------------------     X
```

WHEREAS, on February 1, 2021, Plaintiff filed a letter stating that Defendant had not appeared, and

Plaintiff was in the process of obtaining a Certificate of Default from the Clerk of Court.  Dkt. No. 10.

WHEREAS, the Court directed Plaintiff to file his application for default judgment by **March 1, 2021**.

Dkt. No. 11.

WHEREAS, Plaintiff has not filed his application for default judgment. It is hereby

**ORDERED** that, Plaintiff shall file his application for default judgment by **March 12, 2021**.

Dated: March 8, 2021
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**