UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 1:20-cv-09767-LGS

JOSUÉ PAGUADA, on behalf of himself and
All others similarly situated,

        Plaintiffs,

vs.

DIAMOND PRODUCTS, LLC,

        Defendant.
_____/

## ORDER OF DISMISSAL *WITH PREJUDICE*

**THIS CAUSE** came before the Court on the Plaintiff, JOSUÉ PAGUADA ("Plaintiff"), and Defendant, DIAMOND PRODUCTS, LLC's ("Defendant") Joint Stipulation of Dismissal *with Prejudice*, and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, hereby **ORDERS AND ADJUDGES**:

    1.    The above-styled action is hereby **DISMISSED *WITH PREJUDICE***;

    2.    The Clerk shall deny any pending Motions as moot; and

    3.    Each party shall bear their own attorneys' fees, expert fees, paralegals' fees, and costs, except as otherwise provided in the Parties' Confidential Settlement Agreement.

**DONE AND ORDERED** in Chambers, in New York County, New York, this __27__ day of __September__ 2021.

                                                  _____
                                                  **LORNA G. SCHOFIELD**
                                                  **UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Jeffrey Kimmel, Esq.;
Mars Khaimov, Esq.